# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ME2 Productions, Inc. v. Does 1-36    Case Number:

An appearance is hereby filed by the undersigned as attorney for:
ME2 Productions, Inc.

Attorney name (type or print): Michael A. Hierl

Firm:   Hughes Socol Piers Resnick & Dym, Ltd.

Street address:   Three First National Plaza, 70 W. Madison Street, Suite 4000

City/State/Zip:   Chicago, IL 60602

Bar ID Number: 3128021                           Telephone Number:   312-580-0100
(See item 3 in instructions)

Email Address: mhierl@hsplegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you a
                                                     ☐ Federal Defender
                                                     ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 21, 2017

Attorney signature:    S/ Michael A. Hierl
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015