# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

ME2 PRODUCTIONS, INC.
                      Plaintiff,

v.                                                Case No.: 1:17–cv–02995
                                                      Honorable Edmond E. Chang

DOES 1–36
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 22, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: This case was filed against 36 Doe Defendants, arising from the use of bitTorrent. But there is a question of improper joinder, when measured against the standard set by this Court's opinion in reFX Audio Software v. Does 1–85, 2014 WL 1293816, at *5–6 (N.D. Ill. March 24, 2014) (Case Nos. 13 C 01790, 13 C 01793, 13 C 03524, 13 C 07494). On review of Exhibit B to the Complaint, it does not appear that Plaintiff picked Defendants for joinder based on the Opinion. Plaintiff may argue against the prior Opinion and move for a finding of proper joinder, but must do so by 05/08/2017 (if no new arguments have been fashioned since the last time this Plaintiff argued against the Opinion, it is unlikely that the motion will be granted). Alternatively, Plaintiff may file an amended complaint by 05/08/2017, to comply with the Opinion. Additionally, if Plaintiff wishes to serve an early subpoena on the ISP, then the motion is due by 05/08/2017. A status hearing is set for 06/02/2017 at 2:30 PM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.