IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 17-cv-2995 |
| | ) |
| v. | ) |
| | ) Judge Edmond E. Chang |
| DOE NO. 1, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum and Declaration filed concurrently herewith. Plaintiff requests a hearing on this matter, if necessary, in accordance with the accompanying notice.

In particular, Plaintiff seeks the issuance of subpoenas under Rule 45 to the Internet Service Provider ("ISP") who provided internet services to the Doe Defendant identified by an Internet Protocol ("IP") address in Exhibit B of the Amended Complaint to obtain information sufficient to identify the Doe Defendant by name and current address.

Respectfully submitted,

Dated: April 27, 2017         ME2 PRODUCTIONS, INC.

By:   s/Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      Todd Pierce-Ryan (Bar No. 6321299)
      Hughes Socol Piers Resnick & Dym, Ltd.
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      ME2 Productions, Inc.

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 27, 2017.

                   s/Michael A. Hierl