# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 17-cv-2995 |
| ) | |
| v. ) | |
| ) | Judge Edmond E. Chang |
| DOE NO. 1, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S INITIAL STATUS REPORT

In compliance with the Court's Order of April 27, 2017, Plaintiff's counsel submits this Report as to the status of the ISP response. An initial status hearing set for Thursday, June 8, 2017 at 8:30 a.m.

Status of ISP Response

Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was granted on April 27, 2017 as to Doe No. 1. A subpoena was served on Comcast, the relevant Internet Service Provider (ISP), on May 1, 2017. Comcast has stated that a response will be provided by June 7, 2017.

Respectfully submitted,

Dated: June 5, 2017　　　　　　　ME2 PRODUCTIONS, INC.


By:　s/ Michael A. Hierl　　　　　
　　　Michael A. Hierl (Bar No. 3128021)
　　　Todd Pierce-Ryan (Bar No. 6321299)
　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　Three First National Plaza
　　　70 W. Madison Street, Suite 4000
　　　Chicago, Illinois 60602
　　　(312) 580-0100 Telephone
　　　mhierl@hsplegal.com

　　　Attorneys for Plaintiff
　　　ME2 Productions, Inc.

## CERTIFICATE OF FILING

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 5, 2017.

                                                s/Michael A. Hierl