ME2 Productions, Inc.
                               Plaintiff,

v.                                            Case No.: 1:17–cv–02995
                                                        Honorable Edmond E. Chang

Doe No. 1, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: In view of the anticipated response date from Comcast of 06/07/2017, the status hearing of 06/08/2017 is reset to 06/26/2017 at 9:00 a.m., to check on Plaintiff's investigation of the subscriber information. If Comcast does not respond by 06/14/2017, Plaintiff shall file a motion to compel, noticed for presentment on 06/20/2017. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.