UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

ME2 Productions, Inc.
                    Plaintiff,
v.                                              Case No.: 1:17−cv−02995
                                                Honorable Edmond E. Chang
Doe No. 1, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2017:

MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's counsel reported that the ISP responded to the subpoena on 06/07/2017. Plaintiff shall make its prompt investigation into the appropriate defendant and engage in settlement negotiations if appropriate. If the case is not resolved, then Plaintiff's amended complaint is due on 07/19/2017, and Plaintiff shall begin prompt service efforts. Status hearing set for 07/26/2017 at 9:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.